FILED

IN THE UNITED STATE DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA 2022 MAY 16 PM 3:41

ORLANDO DIVISION

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

BOBBY M. KEMP,

6:22-CV-909-PGB-EJK

            Plaintiff,

v.


BRIGAN INC,


            Defendant.

_____


CIVIL SUIT FOR VIOLATION OF 29 USC § 151(d),
BREACH OF CONTRACT, & UNJUST ENRICHMENT


COMES NOW, the Plaintiff, prose and in forma pauperis
and files this Civil Suit for violation of 29 USC § 151(d),
Breach of Contract, & Unjust Enrichment in the above
style cause and Seeks the Defendant to pay to
the Plaintiff ($400,000) Four Hundred Thousand Dollars
in Expectation Damages and in Support States
the following:

a) Plaintiff was hired by Defendant as sales associate in November 2019 with an introductory salary based on an hourly Rate that was determined by hrs worked divided into Monthly gross sales of the prior 3 months.

b) Plaintiff made Defendant aware at the time of hiring that he was a highly proficient sales agent with ($100,000) One Hundred Thousand dollars in sales per month, that he was enrolled in College for Computer Science and would expect to work for the Defendant for five years until graduation, and that the Plaintiff desired a salary of ($90,000) Ninety Thousand dollars per year.

c) The Defendant promised Quarterly raises based on performance and assured the Plaintiff if he sold ($100,000) One Hundred Thousand dollars in Merchandise per Month He would be paid ($90,000) Ninety Thousand per year by the end of the year.

d) The Plaintiff became the Top sales agent the first month and remained a top sales agent for the duration of his employment with the Defendant.

e) The Plaintiff also created a Point of Sale software for the Company to forego the use of paper contracts.

f.) Covid-19 pandemic effects of sales were little to none and all agents maintained large volume of Sales. The Defendant applied for and received the P.P.P. Loan assistance from the U.S. Government.

g) The Defendant Presented to all sales agents a contract changing pay model from hourly to Commission to be signed or faced termination.

h.) The Defendant failed to deliver adequate volume of merchandise due to large volume distribution disruptions in supply chain due to Covid-19.

i) The Plaintiff asked for a raise through Company email servers and was terminated without Just cause a week later.

WHEREFORE, the Plaintiff prays this Honorable Court by its Order Move the Defendant to pay to the Plaintiff ($400,000) Four Hundred Thousand dollars in expectation damages.

Date  05/11/2022

Bobby M. Kemp
504 NW 4th St.
P.O. Drawer 1397
Okeechobee, Fl. 34972
Inmate # 3688